IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

OMAR FELICIANO,

     Appellant,

v.

                                      Case No.  5D21-2958
                                      LT Case No. 2020-CF-013743-A-O

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 21, 2022

Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

Matthew J. Metz, Public Defender,
and Scott G. Hubbard, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EDWARDS and WOZNIAK, JJ., concur.